Form 3-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**

|  |  |  |
|---|---|---|
| JIANLONG BIOTECHNOLOGY CO., LTD., | ) ) ) ) ) ) ) ) ) ) ) ) | SUMMONS<br>Court No. 22-00074 |
| Plaintiff, |
| v. |
| UNITED STATES, |
| Defendant. |

TO:   The Attorney General and the Department of Commerce

      **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

      Mario Toscano
      Clerk of the Court

1. <u>(Name and standing of plaintiff)</u>:  Plaintiff, JIANLONG BIOTECHNOLOGY CO., LTD., is a foreign producer and exporter of subject merchandise, Xanthan Gum from the People's Republic of China.  Therefore, Plaintiff is an interested party within the meaning of 19 U.S.C. § 1677(9)(A).  Plaintiff was a party in the United States Department of Commerce's ("Commerce's") administrative review of the antidumping duty order on *Xanthan Gum From the People's Republic of China:* (Case No. A-570-985) for the period of review July 1, 2019, through June 30, 2020.  Plaintiff has standing to bring this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).

2. <u>(Brief description of contested determination)</u>:  Plaintiff contests certain aspects of Commerce's final results in *Xanthan Gum From the People's Republic of China: Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2019-2020*.  Commerce issued final results assigning the review-specific average rate for Jianlong Biotechnology Co., Ltd.  This determination is contested pursuant to 19 U.S.C. § 1516a(a)(2)(B)(iii) and 28 U.S.C. § 1581(c).

**Summons, Court No. 21-00031**

3. <u>(Date of contested determination)</u>:  Commerce issued its final results on January 31, 2022.

4. <u>(If applicable, date of publication in Federal Register of notice of contested determination)</u>: Commerce published its final results of administrative review in the *Federal Register* on February 8, 2022 (87 Fed. Reg. 7104).

           Respectfully submitted by:

           Robert G. Gosselink
           Jonathan M. Freed

           TRADE PACIFIC PLLC
           700 Pennsylvania Avenue, SE
           Suite 500
           Washington, DC  20003
           Tel:  (202) 223-3760
           Fax:  (202) 223-3763
           Email:  rgosselink@tradepacificlaw.com

           *Counsel to Plaintiff*

<u>/s/ Robert G. Gosselink</u>
Signature of Plaintiff's Attorney

<u>March 10, 2022</u>
Date

**Form 3-2**

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the Clerk of the Court is required to make service of the summons.  For that purpose, list below the complete name and mailing address of each defendant to be served:

On behalf of the United States
Attorney-in-Charge
UNITED STATES DEPARTMENT OF JUSTICE
Commercial Litigation Branch
International Trade Field Office
26 Federal Plaza
Room 346
New York, NY  10278

Supervising Attorney
Commercial Litigation Branch
Civil Division
UNITED STATES DEPARTMENT OF JUSTICE
1100 L Street, N.W.
Washington, DC  20530

On behalf of the U.S. Department of Commerce
Office of the Chief Counsel
for Enforcement & Compliance
U.S. DEPARTMENT OF COMMERCE
14th Street & Constitution Avenue, N.W.
Washington, DC  20230

General Counsel
U.S. DEPARTMENT OF COMMERCE
14th Street & Constitution Avenue, N.W.
Washington, DC 20230

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)